UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
San Jose DIVISION

In re: INTERFACE AVIATION, INC. § Case No. 15-51215
§
§
§
Debtor(s)

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Audrey J Barris, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $221,237.49 | Assets Exempt: NA |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $0.00 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $13,887.00 | |

3) Total gross receipts of $13,887.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $13,887.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $28,547.68 | $28,547.68 | $13,887.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $19,560.45 | $11,069.37 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $42,450.25 | $107,272.76 | $107,272.76 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $810,542.24 | $584,455.94 | $584,455.94 | $0.00 |
| **TOTAL DISBURSEMENTS** | $852,992.49 | $739,836.83 | $731,345.75 | $13,887.00 |

4) This case was originally filed under chapter 11 on 04/13/2015, and it was converted to chapter 7 on 03/14/2016. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/08/2017    By: /s/ Audrey J Barris
                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1996 Nissan 4k LBS Propane Powered Fork Lift | 1129-000 | $8,450.00 |
| Assorted machinery, equipment and tools, including air compressor, grinder, two power washers, assorted drills, tool boxes including spammers, and pliers, and 7 walkie-talkies. | 1129-000 | $4,467.00 |
| 1993 Ford F-150 260,000 miles | 1129-000 | $970.00 |
| TOTAL GROSS RECEIPTS | | **$13,887.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Audrey J. Barris | 2100-000 | NA | $2,138.70 | $2,138.70 | $800.09 |
| Trustee, Expenses - Audrey J. Barris | 2200-000 | NA | $59.10 | $59.10 | $22.11 |
| Auctioneer Fees - West Auction | 3610-000 | NA | $2,083.05 | $2,083.05 | $2,083.05 |
| Auctioneer Expenses - West Auction | 3620-000 | NA | $2,964.65 | $2,964.65 | $2,964.65 |
| Fees, United States Trustee | 2950-000 | NA | $14,645.25 | $14,645.25 | $5,478.82 |
| Bond Payments - BOND | 2300-000 | NA | $1.75 | $1.75 | $1.75 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $74.79 | $74.79 | $74.79 |
| Attorney for Trustee Fees (Other Firm) - MARSHALL & RAMOS, LLP | 3210-000 | NA | $3,500.00 | $3,500.00 | $1,309.36 |
| Attorney for Trustee Expenses (Other Firm) - MARSHALL & RAMOS, LLP | 3220-000 | NA | $337.88 | $337.88 | $126.40 |
| Accountant for Trustee Fees (Other Firm) - Kokjer, Pierotti, Maiocco & Duck LLP | 3410-000 | NA | $2,671.00 | $2,671.00 | $999.23 |
| Accountant for Trustee Expenses (Other Firm) - Kokjer, Pierotti, Maiocco & Duck LLP | 3420-000 | NA | $71.51 | $71.51 | $26.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$28,547.68** | **$28,547.68** | **$13,887.00** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other Prior Chapter Administrative Expenses - FRANCHISE TAX BOARD | 6990-000 | NA | $800.00 | $800.00 | $0.00 |
| Other Prior Chapter Professional Expenses - The Law Offices of Jason Vogelpohl | 6710-000 | NA | $197.44 | $197.44 | $0.00 |
| Other Prior Chapter Professional Fees - The Law Offices of Jason Vogelpohl | 6700-000 | NA | $18,563.01 | $10,071.93 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$19,560.45** | **$11,069.37** | **$0.00** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | INTERNAL REVENUE SERVICE | 5800-000 | NA | $558.14 | $558.14 | $0.00 |
| 6 | SERGIO PRADO | 5300-000 | NA | $2,035.50 | $2,035.50 | $0.00 |
| 7 | SERGIO PRADO | 5300-000 | NA | $2,035.50 | $2,035.50 | $0.00 |
| 8 | SILVIA G. SIERRA | 5300-000 | NA | $2,074.88 | $2,074.88 | $0.00 |
| 9 | SILVIA SIERRA | 5300-000 | NA | $602.25 | $602.25 | $0.00 |
| 10 | ARMANDO MEDINA JR. | 5300-000 | $180.00 | $180.00 | $180.00 | $0.00 |
| 11 | ALMA MEDINA | 5300-000 | NA | $9,765.60 | $9,765.60 | $0.00 |
| 12 | ALMA MEDINA | 5300-000 | $15,600.00 | $12,475.00 | $12,475.00 | $0.00 |
| 13 | TERESA RUBIO | 5300-000 | NA | $1,100.82 | $1,100.82 | $0.00 |
| 14 | ARMANDO MEDINA | 5300-000 | $1,064.00 | $1,064.00 | $1,064.00 | $0.00 |
| 15 | ARMANDO MEDINA | 5300-000 | NA | $4,560.00 | $4,560.00 | $0.00 |
| 16 | JAVIER CORTEZ | 5300-000 | NA | $1,170.00 | $1,170.00 | $0.00 |
| 17 | VICTOR FRAIRE | 5300-000 | NA | $1,247.00 | $1,247.00 | $0.00 |
| 18 | LUIS SANCHEZ | 5300-000 | NA | $1,800.00 | $1,800.00 | $0.00 |
| 19 | PETER SHAMY | 5300-000 | NA | $8,280.00 | $8,280.00 | $0.00 |
| 20 | PETER SHAMY | 5300-000 | $12,402.00 | $12,402.00 | $12,402.00 | $0.00 |
| 21 | JORGE JARA | 5300-000 | $200.00 | $671.88 | $671.88 | $0.00 |
| 22S | PETER SHAMY | 5300-000 | NA | $11,725.00 | $11,725.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | SERGIO PRADO | 5300-000 | $12,402.00 | $11,725.00 | $11,725.00 | $0.00 |
| 24 | SILVIA SIERRA | 5300-000 | $602.25 | $2,677.13 | $2,677.13 | $0.00 |
| 25 | ARMANDO MEDINA | 5300-000 | NA | $5,624.00 | $5,624.00 | $0.00 |
| 26P | ALMA MEDINA | 5300-000 | NA | $12,475.00 | $12,475.00 | $0.00 |
| 30 | STATE COMPENSATION INSURANCE FUND CANCELLATION, BANKRUPTCY & PRE-COVERAGE | 5800-000 | NA | $1,024.06 | $1,024.06 | $0.00 |
| tax | Sales tax collected | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| N/F | Employment Debvelopment Dept. | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Employment Development Dept. | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Franchise Tax Board | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $0.00 | NA | NA | NA |
| N/F | State Board of Equalization | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$42,450.25** | **$107,272.76** | **$107,272.76** | **$0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | INTERNAL REVENUE SERVICE | 7100-000 | NA | $0.29 | $0.29 | $0.00 |
| 2 | GENERAL ELECTRIC CAPITAL CORPORATION | 7100-000 | NA | $7,266.23 | $7,266.23 | $0.00 |
| 3 | BREAKFRONT, LLC/GOLDEN OAK PARTNERS, LLC | 7100-000 | $398,229.03 | $400,847.43 | $400,847.43 | $0.00 |
| 4 | RABOBANK, N.A. | 7100-000 | $36,010.52 | $36,086.71 | $36,086.71 | $0.00 |
| 5 | AAR PARTS TRADING, INC. C/O DONALD J. VILIM | 7100-000 | $20,790.00 | $20,255.00 | $20,255.00 | $0.00 |
| 12U | ALMA MEDINA | 7100-000 | $36.39 | $3,125.00 | $3,125.00 | $0.00 |
| 22U | PETER SHAMY | 7100-000 | $122.07 | $8,957.00 | $8,957.00 | $0.00 |
| 23U | SERGIO PRADO | 7100-000 | NA | $2,712.50 | $2,712.50 | $0.00 |
| 26U | ALMA MEDINA | 7100-000 | NA | $12,890.60 | $12,890.60 | $0.00 |
| 27 | CENTRAL COAST BANKRUPTCY, INC | 7100-000 | NA | $4,891.07 | $4,891.07 | $0.00 |
| 29U | FRANCHISE TAX BOARD | 7300-000 | NA | $21.97 | $21.97 | $0.00 |
| 31 | STATE COMPENSATION INSURANCE FUND CANCELLATION, BANKRUPTCY & PRE-COVERAGE | 7100-000 | NA | $4,480.31 | $4,480.31 | $0.00 |
| 32 | AIR CANADA | 7100-000 | $59,840.00 | $76,445.60 | $76,445.60 | $0.00 |
| 33 | WELLS FARGO VENDOR FINANCIAL SERVICES, LLC | 7200-000 | NA | $6,476.23 | $6,476.23 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Air Canada | 7100-000 | $1,298.45 | NA | NA | NA |
| N/F | Air Transat Maintenance | 7100-000 | $32,275.00 | NA | NA | NA |
| N/F | Airpac Enterprises | 7100-000 | $8,600.00 | NA | NA | NA |
| N/F | Anesco Mold & Tool Co. | 7100-000 | $5,880.00 | NA | NA | NA |
| N/F | Anthem Blue Cross | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Avaya, Inc. | 7100-000 | $653.71 | NA | NA | NA |
| N/F | Backdraft Magazine | 7100-000 | $310.00 | NA | NA | NA |
| N/F | Bianchi, Kasavan & Pope, LLP | 7100-000 | $1,457.11 | NA | NA | NA |
| N/F | Breakfront, LLC c/o Pipal & Spurzem, LLP | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bruce E. Stanton, Esq. Law Offices of Bruce E. Stanton | 7100-000 | $300.00 | NA | NA | NA |
| N/F | Certified Public Accountants | 7100-000 | $1,425.00 | NA | NA | NA |
| N/F | Chevron | 7100-000 | $187.07 | NA | NA | NA |
| N/F | Crystal Springs Water Co. | 7100-000 | $57.00 | NA | NA | NA |
| N/F | DMV Renewal | 7100-000 | $106.00 | NA | NA | NA |
| N/F | Dorothy Horst | 7100-000 | $15,000.00 | NA | NA | NA |
| N/F | Dorothy Horst | 7100-000 | $71,765.67 | NA | NA | NA |
| N/F | Douglas Interior Products | 7100-000 | $36,507.04 | NA | NA | NA |
| N/F | Dretloh Aircraft Supply | 7100-000 | $52,370.00 | NA | NA | NA |
| N/F | Flight Line Products, Inc. | 7100-000 | $994.00 | NA | NA | NA |
| N/F | Golden Oak Partners, LLC c/o Pipal & Spurzem, LLP | 7100-000 | NA | NA | NA | NA |

Case: 10-51051　　Doc# 113　　Filed: 03/29/17　　Entered: 03/29/17 12:14:59

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | HSH Interplan | 7100-000 | $675.00 | NA | NA | NA |
| N/F | Johnson Lumber Co | 7100-000 | $177.44 | NA | NA | NA |
| N/F | Jose Villalpando | 7100-000 | $36,125.00 | NA | NA | NA |
| N/F | Landstar | 7100-000 | $1,425.00 | NA | NA | NA |
| N/F | Law Offices of Thomas J. Weiss | 7100-000 | NA | NA | NA | NA |
| N/F | Nevada Repair Center | 7100-000 | $2,180.00 | NA | NA | NA |
| N/F | Nor*Cal Portables Services | 7100-000 | $1,500.00 | NA | NA | NA |
| N/F | PG&E | 7100-000 | $470.33 | NA | NA | NA |
| N/F | Pacific Coastal Pension Services | 7100-000 | $1,345.00 | NA | NA | NA |
| N/F | Pajaro Packaging | 7100-000 | $3,370.67 | NA | NA | NA |
| N/F | Professional Computer Solutions | 7100-000 | $1,916.13 | NA | NA | NA |
| N/F | Rare Aviation Solutions | 7100-000 | $16,900.00 | NA | NA | NA |
| N/F | Silvia G. Sierra | 7100-000 | $25.00 | NA | NA | NA |
| N/F | TAG/AMS, Inc. | 7100-000 | $106.00 | NA | NA | NA |
| N/F | Teresa Rubio | 7100-000 | $67.41 | NA | NA | NA |
| N/F | UPS | 7100-000 | $45.20 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | $810,542.24 | $584,455.94 | $584,455.94 | $0.00 |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 15-51215  
**Case Name:** INTERFACE AVIATION, INC.  
**For Period Ending:** 03/08/2017

**Trustee Name:** (007200) Audrey J. Barris  
**Date Filed (f) or Converted (c):** 03/14/2016 (c)  
**§ 341(a) Meeting Date:** 04/12/2016  
**Claims Bar Date:** 07/11/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Union Bank - Checking Acct. 1273 | 2,075.05 | 2,075.05 | | 0.00 | FA |
| 2 | Union Bank - Checking Acct. 1257 | 300.00 | 300.00 | | 0.00 | FA |
| 3 | Union Bank - Checking Acct. 1265 | 100.00 | 100.00 | | 0.00 | FA |
| 4 | Rabobank, N.A. - Checking Acct. 4776 | 1,847.44 | 1,847.44 | | 0.00 | FA |
| 5 | Rabobank, N.A. - Checking Acct. 4768 | 100.00 | 100.00 | | 0.00 | FA |
| 6 | Rabobank, N.A. - Checking Acct. 4752 | 100.00 | 100.00 | | 0.00 | FA |
| 7 | Rabobank, N.A. - Checking Acct 4764 | 50.00 | 50.00 | | 0.00 | FA |
| 8 | Accounts Receivable | 10,665.00 | 10,665.00 | | 0.00 | FA |
| 9 | 1993 Ford F-150 260,000 miles | 1,500.00 | 1,500.00 | | 970.00 | FA |
| 10 | 1996 Nissan 4k LBS Propane Powered Fork Lift | 4,500.00 | 4,500.00 | | 8,450.00 | FA |
| 11 | Lightweight 18' Wooden Trailer | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 12 | Light Weight 8' Wooden Trailer | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 13 | Assorted machinery, equipment and tools, including air compressor, grinder, two power washers, assorted drills, tool boxes including spammers, and pliers, and 7 walkie-talkies. | 5,000.00 | 5,000.00 | | 4,467.00 | FA |

Exhibit 8
Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| Case No.: 15-51215 | Trustee Name: | (007200) Audrey J. Barris |
| Case Name: INTERFACE AVIATION, INC. | Date Filed (f) or Converted (c): | 03/14/2016 (c) |
| | § 341(a) Meeting Date: | 04/12/2016 |
| For Period Ending: 03/08/2017 | Claims Bar Date: | 07/11/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | Assorted office equipment, including printers, desks, filing cabinets, portable air conditioners. | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 15 | Computers (leased - no value to business) | 0.00 | 0.00 | OA | 0.00 | FA |
| 16 | Approximately 450 assorted first class double seats for Boeing, Airbus, Douglas and Fokker Aircraft. Approximetly 1,200 assorted economy class triple seats for Boeing, Airbus, Douglas and Fokker. 1 lot of BE Aerospace new surplus parts. Approximately 200 Full Half size in flight service carts. 4 each B377-800 Driessen manufactued Galley modules. 4 each B737-300 Lavatory modules.<br>Per order approving abandonment of personal property - Doc #93, entered 5/11/16 | 190,000.00 | 190,000.00 | OA | 0.00 | FA |
| 17 | 1997 Polaris 2 x 4 ATV Quad Runner | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 18 | Loan made Frank Horst III and Cheryl Horst (balance of $56,250). believed uncollectible. nominal value. (u) | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 19 | Steel Shelving units (located at former warehouse). (u) | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 20 | Loans made to Frank Horst III (balance remaining of $191,598.52) This account is believed to be uncollectible; nominal value is listed. (u) | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 21 | Possible indemnification claim against Frank Horst III relating to judgment by Breakfront LLC. believed uncollectible; nominal value listed. (u) | 1,000.00 | 1,000.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10/1/2010)

Exhibit 8
Page: 3

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Case No.: 15-51215  
Case Name: INTERFACE AVIATION, INC.  

Trustee Name: (007200) Audrey J. Barris  
Date Filed (f) or Converted (c): 03/14/2016 (c)  
§ 341(a) Meeting Date: 04/12/2016  

For Period Ending: 03/08/2017  
Claims Bar Date: 07/11/2016  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | Assets    Totals    (Excluding unknown values) | $232,237.49 | $232,237.49 | | $13,887.00 | $0.00 |

**Major Activities Affecting Case Closing:**

6/30/16 employed counsel and auctioneer  
assets valued by auctioneer. Airplane seats and other assets could not be moved and sold to provide sufficient return so were abandoned.  
sold remaining assets  
9/30/16 employed accountant - filed returns  
get fee apps and file TFR  
12/31/16 TFR filed awaiting hearing  

Initial Projected Date Of Final Report (TFR): 03/31/2017  
Current Projected Date Of Final Report (TFR): 03/31/2017  

03/08/2017  
Date  

/s/Audrey J. Barris  
Audrey J. Barris

Exhibit 9  
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-51215 | Trustee Name: | Audrey J. Barris (007200) |
|---|---|---|---|
| Case Name: | INTERFACE AVIATION, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8409 | Account #: | ******5100 Checking |
| For Period Ending: | 03/08/2017 | Blanket Bond (per case limit): | $80,123,810.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/19/2016 | | West Auctions, Inc | Gross proceeds from sale of 1993 Ford F150, 1996 Nissan and assorted machinery at auction | | 8,839.30 | | 8,839.30 |
| | {9} | West Auction | Pro rata portion of Gross Sale Proceeds $970.00 | 1129-000 | | | 8,839.30 |
| | {10} | West Auctions | Pro rata portion of Gross Sale Proceeds $8,450.00 | 1129-000 | | | 8,839.30 |
| | {13} | West Auctions | Pro rata portion of Gross Sale Proceeds $4,467.00 | 1129-000 | | | 8,839.30 |
| | | West Auction | Auctioneer's Fee-15% of $13,887.00 -$2,083.05 | 3610-000 | | | 8,839.30 |
| | | West Auction | Auctioneer's Expenses -$2,964.65 | 3620-000 | | | 8,839.30 |
| | | Sales tax collected | Sales tax collected $967.92 | 5800-002 | | | 8,839.30 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Case: 15-51215  Doc# 113  Filed: 03/29/17  Entered: 03/29/17 12:14:59  Page 13 of 17

Exhibit 9  
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-51215 | Trustee Name: | Audrey J. Barris (007200) |
|---|---|---|---|
| Case Name: | INTERFACE AVIATION, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8409 | Account #: | ******5100 Checking |
| For Period Ending: | 03/08/2017 | Blanket Bond (per case limit): | $80,123,810.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Sales tax collected | Sales tax -$967.92 | 5800-002 | | | 8,839.30 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 8,829.30 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.93 | 8,815.37 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.22 | 8,803.15 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.88 | 8,789.27 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.60 | 8,776.67 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.16 | 8,764.51 |
| 12/20/2016 | 101 | INTERNATIONAL SURETIES LTD 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | | 2300-000 | | 1.75 | 8,762.76 |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Case: 15-51215   Doc# 113   Filed: 03/29/17   Entered: 03/29/17 12:14:59   Page 14 of 17

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-51215 | Trustee Name: | Audrey J. Barris (007200) |
|---|---|---|---|
| Case Name: | INTERFACE AVIATION, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8409 | Account #: | ******5100 Checking |
| For Period Ending: | 03/08/2017 | Blanket Bond (per case limit): | $80,123,810.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/15/2017 | 102 | Kokjer, Pierotti, Maiocco & Duck LLP<br><br>333 Pine Street, 5th Floor<br>San Francisco, CA 94104 | Distribution payment - Dividend paid at 37.41% of $71.51; Claim # ACCTEXP; Filed: $71.51 | 3420-000 | | 26.75 | 8,736.01 |
| 02/15/2017 | 103 | Kokjer, Pierotti, Maiocco & Duck LLP<br><br>333 Pine Street, 5th Floor<br>San Francisco, CA 94104 | Distribution payment - Dividend paid at 37.41% of $2,671.00; Claim # ACCTFEE; Filed: $2,671.00 | 3410-000 | | 999.23 | 7,736.78 |
| 02/15/2017 | 104 | MARSHALL & RAMOS, LLP<br><br>II WORLDS CENTER, 91 GREGORY LANE, SUITE 7 PLEASANT HILL, CA 94523 | Distribution payment - Dividend paid at 37.41% of $337.88; Claim # ATTYEXP; Filed: $337.88 | 3220-000 | | 126.40 | 7,610.38 |
| 02/15/2017 | 105 | MARSHALL & RAMOS, LLP<br><br>II WORLDS CENTER, 91 GREGORY LANE, SUITE 7 PLEASANT HILL, CA 94523 | Distribution payment - Dividend paid at 37.41% of $3,500.00; Claim # ATTYFEE; Filed: $3,500.00 | 3210-000 | | 1,309.36 | 6,301.02 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9  
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-51215 | Trustee Name: | Audrey J. Barris (007200) |
|---|---|---|---|
| Case Name: | INTERFACE AVIATION, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8409 | Account #: | ******5100 Checking |
| For Period Ending: | 03/08/2017 | Blanket Bond (per case limit): | $80,123,810.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/15/2017 | 106 | Audrey J. Barris<br><br>1770 Post Street #130<br>San Francisco, CA 94115 | Combined trustee compensation & expense dividend payments. | | | 822.20 | 5,478.82 |
| | | | Claims Distribution - Wed, 01-04-2017<br>$800.09 | 2100-000 | | | 5,478.82 |
| | | | Claims Distribution - Wed, 01-04-2017<br>$22.11 | 2200-000 | | | 5,478.82 |
| 02/15/2017 | 107 | OFFICE OF THE UNITED STATES TRUSTEE<br><br>280 S First St, Rm 268<br>San Jose, CA 95113 | Distribution payment - Dividend paid at 37.41% of $14,645.25; Claim # 28; Filed: $14,645.25 | 2950-000 | | 5,478.82 | 0.00 |
| | | | **COLUMN TOTALS** | | 8,839.30 | 8,839.30 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,839.30 | 8,839.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,839.30** | **$8,839.30** | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

Exhibit 9
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-51215 | **Trustee Name:** | Audrey J. Barris (007200) |
| **Case Name:** | INTERFACE AVIATION, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8409 | **Account #:** | ******5100 Checking |
| **For Period Ending:** | 03/08/2017 | **Blanket Bond (per case limit):** | $80,123,810.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $8,839.30 |
| Plus Gross Adjustments: | $5,047.70 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $13,887.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5100 Checking | $8,839.30 | $8,839.30 | $0.00 |
| | **$8,839.30** | **$8,839.30** | **$0.00** |

__03/08/2017__
Date

/s/Audrey J. Barris
**Audrey J. Barris**

UST Form 101-7-TDR (10 /1/2010)